FILED

08/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0100

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0100

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ANTHONY CRAIG WEIMER,

Defendant and Appellant.

## ORDER

Upon consideration of counsel's motion to withdraw as counsel of record, and good cause appearing,

IT IS HEREBY ORDERED that Defendant and Appellant in this matter may file a response to this motion within thirty (30) days of the date of this Order. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and the Appellate Defender Division.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order by mail to all counsel of record and to Defendant and Appellant at his last known address.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 6 2024